ARTHUR CARL HEINTZE, APPELLANT, v. NEW JERSEY STATE BOARD OF MEDICAL EXAMINERS, RESPOND-ENT.

Submitted October 28, 1932—Decided January 23, 1933.

For the appellant, *Arthur Carl Heintze.*

For the respondent, *William A. Stevens.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court, and reported in 107 *N. J. L.* 420.

*For affirmance*—TRENCHARD, LLOYD, CASE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 10.

*For reversal*—None.